O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 09-343-CAS |
| Plaintiff, ) | |
| v. ) | REVOCATION AND |
| QUINTEN TURNER, ) | REINSTATEMENT OF SUPERVISED RELEASE AND JUDGMENT |
| Defendant. ) | |
| _____ ) | |

On March 21, 2011, June 20, 2011, October 28, 2011, November 3, 2011, May 7, 2012 and August 10, 2012, this matter came before the Court on Petition on Probation and Supervised Release originally filed on February 25, 2011. Government counsel, Daffodil Tyminski, the defendant and his appointed counsel, Deputy Federal Public Defender, Callie Glanton Steele, were present. The U.S. Probation Officer, Jane Alcala, was also present.

The defendant admitted violation of his supervised release, as stated and amended in the Petition filed on February 25, 2011. The Court further finds that the defendant is in violation of the terms and conditions of his supervised release imposed on August 23, 1999.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is hereby revoked and reinstated, for an additional twelve (12) months, under the same terms and conditions originally imposed, with the following additional special conditions:

- Defendant shall participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, breath, and/or sweat patch testing, as directed by the Probation Officer. The defendant shall abstain from using illicit drugs and alcohol, and abusing prescription medications during the period of supervision;
- Defendant shall reside at and participate in an approved residential drug and alcohol treatment center/program approved by the U.S. Probation Office, that includes urinalysis, breathalyser, saliva and/or sweat patch testing, for treatment of alcohol and/or narcotic addiction or dependency, until he successfully completes the treatment program and is discharged by the Program Director, with the approval of the Probation Officer;
- Residential drug treatment requirement shall be suspended while the supervisee is successfully participating in outpatient substance abuse treatment and/or random drug and alcohol testing, and can be enforced by the Probation Office upon a determination of illicit substance use;
- Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one (1) drug test within fifteen (15) days of reinstatement of supervised release and at least two (2) periodic drug tests thereafter, not to exceed eight (8) tests per month, as directed by the Probation Officer; and
- The defendant shall comply with General Order No. 01-05.

The Court orders defendant, defense counsel, government and the probation officer to meet and confer regarding defendant's expectations.

The Court further orders a Joint Status Report to be filed in ninety (90) days, on or before November 13, 2012.

///
///
///
///

1  IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States
2 Marshal or other qualified officer and that said copy shall serve as the commitment of
3 defendant.

5 FILE/DATED: August 13, 2012

*/s/ Christina A. Snyder*

_____
6 CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

7 TERRY NAFISI, CLERK

10 By: ___/S/_____
Catherine M. Jeang,  Deputy Clerk

3